# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

| | |
|---|---|
| In re: <br><br> August John Wakat, Jr., <br><br>      Debtor. | Case No. 25-16650 MER <br><br> Chapter 7 |
| August John Wakat, Jr, <br><br>      Plaintiffs, <br><br> v. <br><br> Henry J. Winn, Linda Winn, and Lamar Advertising Company, <br><br>      Defendants. | Adversary No. 25-1323 MER |

## CORRECTED* ORDER FOR REMAND

    THIS MATTER comes before the Court *sua sponte*. The Debtor, August Wakat, filed a bankruptcy petition on October 14, 2025. He removed this proceeding from the District Court for Wagoner County, State of Oklahoma. On December 17, 2025, this Court entered an order dismissing the Debtor's main bankruptcy case. Accordingly, this Court lacks jurisdiction to decide this adversary proceeding and remand is appropriate. Accordingly, it is hereby

    ORDERED that this proceeding is hereby REMANDED to the District Court for Wagoner County, State of Oklahoma, Case No. CV-2025-0048. All pending motions filed in this adversary proceeding are DENIED as moot.

Dated: January 9, 2026.

BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court

---

* Order corrected to reflect the correct Wagoner County Case Number, CV-2025-0048.